UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADONA LLC et al., <br><br> Plaintiff <br><br> -against- <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | 19 Civ. 11338 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiffs' letter seeking leave to file a Supplemental Amended Complaint (dkt. no. 23). The Republic shall file its response to Plaintiffs' letter no later than December 17, 2020.

**SO ORDERED.**

Dated:   New York, New York
          December 15, 2020

                                        */s/ Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge