UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADONA LLC et al.,<br><br>　　　　　Plaintiff<br><br>　　-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>　　　　　Defendant. | 19 Civ. 11338 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of Plaintiffs' letter seeking leave to file a Supplemental Amended Complaint (dkt. no. 23) and Defendant's letter of December 17, 2020 (dkt. no. 25). Plaintiff may file any reply no later than December 22, 2020.

**SO ORDERED.**

Dated:　New York, New York
　　　　December 18, 2020

　　　　　　　　　　　　　　　　　_/s/ Loretta A. Preska_____
　　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　　Senior United States District Judge